filing

| PROB 22<br>(Rev. 8/97) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>**4:04CR00144-005** |
|---|---|---|

| | | DOCKET NUMBER *(Rec. Court)*<br>CR07-0686 MJJ |
|---|---|---|

| NAME AND ADDRESS OF PROBATIONER:<br><br>**Thanh Tran**<br>5728 Forbes Drive<br>Newark, CA 94560 | DISTRICT<br>**SOUTHERN DISTRICT OF TEXAS** | DIVISION<br>Houston |
|---|---|---|

NAME OF SENTENCING JUDGE
**Ewing Werlein, Jr.**

FILED
OCT 2 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DATES OF PROBATION:
**From: December 9, 2005**
**To:  December 8, 2010**

OFFENSE

**Failure to file Currency Transaction Reports**

**Title 31 U.S.C. §§ 5313(a) and 5322(a) and 31 U.S.C. §§ 103.11 and 103.22.**

---

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF TEXAS**

It is ordered that the jurisdiction of this probationer be transferred with the records of the Court to the United States District Court for the Northern District of California on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

9/28/07
**Date**

*Ewing Werlein, Jr.*
**Ewing Werlein, Jr.**
**United States District Judge**

---

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF CALIFORNIA**

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

10/12/07
**Effective Date**

**United States District Judge**