

UNITED STATES DISTRICT COURT
Southern District of Texas
Houston Division

**MICHAEL N. MILBY, CLERK**

January 7, 2008



FILED
JAN 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CR-07-686-MJJ

Clerk, U.S. District Court
1301 Clay Street,
Suite 400 S
Oakland, CA 94612-5212

Re:   **4:04cr144-5 (SDTX)**

   **USA v Thanh Tran**

Dear Sir:

Enclosed are certified copies of an order transferring the above-captioned case to your district and of the docket for that case. The case file can be accessed through the Electronic Case Filing/Pacer System for the Southern District of Texas at:   ecf.txsd.uscourts.gov

Please acknowledge receipt of these documents by signing the receipt below, indicating your case number and returning it to us in the enclosed envelope.

Sincerely,

Michael Milby, Clerk

By: Kimberly A Carr
Deputy Clerk

Received and filed under Criminal No. _____

on the _____ day of _____ 20_____.

E-filing

United States District Court
Southern District of Texas
FILED

JAN 0 3 2008

Michael N. Milby
Clerk of Court

| PROB 22 (Rev. 8/97) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 4:04CR00144-005 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) CR07-0686 MJJ |

| NAME AND ADDRESS OF PROBATIONER: Thanh Tran | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION Houston |
|---|---|---|
| | NAME OF SENTENCING JUDGE Ewing Werlein, Jr. | |
| | DATES OF PROBATION: From: December 9, 2005 To: December 8, 2010 | |

**OFFENSE**

Failure to file Currency Transaction Reports

Title 31 U.S.C. §§ 5313(a) and 5322(a) and 31 U.S.C. §§ 103.11 and 103.22.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF TEXAS**

It is ordered that the jurisdiction of this probationer be transferred with the records of the Court to the United States District Court for the Northern District of California on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

9/28/07
Date

Ewing Werlein, Jr.
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF CALIFORNIA**

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

10/12/07
Effective Date

United States District Judge