CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
                FILED
BY DEPUTY  MICHAEL N. MILBY, CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. 04-144 |
| § | |
| THANH TRAN § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 27, 2002, in the Southern District of Texas and within the jurisdiction of the Court,

**THANH TRAN,**

defendant herein, did knowingly acting as an employee representative of U. S. tours, a domestic financial institution as defined in Title 31, Code of Federal Regulations, Section 103.11, a business involved in the transaction for the payment, receipt, and transfer of United States currency, did knowingly and willfully fail to file a Currency Transaction Report as required by Title 31 of the United States Code Section 5313(a), and the regulations promulgated thereunder, denominated a Form 4789 Currency Transaction Report.

In violation of Title 31, U.S.C., §§ 5313(a) and 5322(a); Title 31 Code of Federal Regulations, §§ 103.11 and 103.22.

MICHAEL T. SHELBY
United States Attorney

BY: _____
JOSEPH C. MAGLIOLO, JR.
Assistant United States Attorney