COMPLEX, PRIOR

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:04-cr-00144-5

Case title: USA v. Huynh, et al  
Magistrate judge case number: 4:04-mj-00264

Date Filed: 04/06/2004  
Date Terminated: 12/19/2005

Assigned to: Judge Ewing Werlein, Jr

### Defendant

**Thanh Tran** (5)  
*$100,000 Secured property Bond posted in N Dist of CA, real property posted on 4/9/04*  
*TERMINATED: 12/19/2005*

represented by **R Trent Gaither**  
Law Office of Trent Gaither  
314 N Post Oak Ln  
Ste 200  
Houston, TX 77024  
713-865-5600  
Fax: 713-865-5611  
Email: gaitherlawgroup@yahoo.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Houston Interpreter**  
U S District Court  
515 Rusk  
Houston, TX 77002  
713-250-5318 fax  
Fax: 713-250-5318 fax  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| CONSPIRACY TO DEFRAUD THE UNITED STATES (1s) | Dismissed |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| REPORTS ON DOMESTIC COINS AND CURRENCY TRANSACTIONS (1ss) | 5 yrs Probation with 6 months house arrest; $100 SA; $2,000 FINE |

| | |
|---|---|
| REPORTS ON DOMESTIC COINS AND CURRENCY TRANSACTIONS - Failure to File CTRS by a Financial Institution<br>(2s-14s) | Dismissed |
| 18:1956-3100.F MONEY LAUNDERING PENALTY: 0-20 YEARS AND/OR $250,000; 3 YEARS SRT<br>(3) | Dismissed |
| 31:5313.F BANK SECRECY ACT PENALTY: 10 YEARS AND/OR $500,000; 3 YEARS SRT<br>(4) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| Defts knowingly and unlawfully agree, conspire and confederate together and with others known and unknown, with the intent to conceal or disguise the nature, source, ownership and control of property believed by them to be the proceeds of the specified unalwful activity of fraud and related activity in connection with access devices, and to avoid a transaction reporting requirement under Federal law, conduct and attempt to conduct a financial transaction involving property, $110,000 in United States currency, represented to be the proceeds of the specified unlawful activities of fraud and related activity in connection with access devices, credit cards and distribution of controlled substances and the defendants acting as employee representatives of U. S. Tours and Remittance, Inc., a domestic financial institution involved in a transaction for the payment, receipt and transfer of United States Currency in the amount of $50,000, did unlawfully fail and refuse to file a report required by the Secretary of the Treasury denominated a Form 4789 Currency Transaction Report | |

while violating Title 18 USC 1956(a)(3) and as part of a patterns of illegal activity involving more than $100,000 in a 12 month period. In violation of 18 USC 1956(a)(3)(B)(C) and (h), 31 USC 5313(a) and 5322(b); [ 4:04-m -264 ]

**Plaintiff**

**USA**     represented by  **Financial Litigation**
U S Attorney's Office
Southern District of Texas
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Marshal - H**
515 Rusk
10th Floor
Houston, TX 77002
713-718-4800
Fax: 713-718-4848
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs - H**
515 Rusk
6th Floor
Houston, TX 77002
713-250-5218
Fax: 713-250-5666
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - H**
515 Rusk
2nd Floor
Houston, TX 77002
713-250-5266
Fax: INS_prob1
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joseph C Magliolo, Jr**
Office of U S Attorney
P O Box 61129
Houston, TX 77208
713-567-9347
Fax: 713-718-3301 fax
Email: joe.magliolo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Thomas I Meehan, Jr**
Office of U S Attorney
919 Milam St
Ste 1500
Houston, TX 77002
713-567-9385
Fax: 713-718-3301
Email: tom.meehan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2004 | | COMPLAINT as to Dong Dang Huynh, Thanh Tran, Nguyen The Truong, Duc Dang Huynh , filed. [ 4:04-m -264 ] (mlerma) (Entered: 04/07/2004) |
| 03/30/2004 | | Arrest WARRANT issued as to Thanh Tran, Nguyen The Truong [ 4:04-m -264 ] (mlerma) (Entered: 04/07/2004) |
| 03/30/2004 | | MOTION by USA as to Dong Dang Huynh, Thanh Tran, Nguyen The Truong, Duc Dang Huynh to seal Complaint and Affidavit , filed. [ 4:04-m -264 ] (mlerma) (Entered: 04/07/2004) |
| 03/30/2004 | | ORDER granting [0-1] motion to seal Complaint and Affidavit and to be automatically unsealed with the arrest of the Deft as to Dong Dang Huynh (1), Thanh Tran (2), Nguyen The Truong (3), Duc Dang Huynh (4) ( Signed by Magistrate Judge Calvin Botley ), entered. Parties ntfd. [ 4:04-m -264 ] (mlerma) (Entered: 04/07/2004) |
| 04/01/2004 | | ARREST of Thanh Tran in Northern Dist of California (kworley) (Entered: 05/05/2004) |
| 04/01/2004 | | Secured (Property) BOND with Order Setting Conditions of Release entered by Thanh Tran in Amount $ 100,000 real property, filed. ( Signed by Magistrate Judge Edward M. Chen ) Bond Depositor: n/a, Real prpty posted 4/9/04 (kworley) (Entered: 05/05/2004) |
| 04/06/2004 | [1](#) | INDICTMENT as to Dong Dang Huynh (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, |

|  |  |  |
|---|---|---|
|  |  | 11, 12, Duc Dang Huynh (2) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, Thu Thao Thi Huynh (3) count(s) 5, 6, 7, 8, Nguyen The Truong (4) count(s) 1, 2, 3, 4, 5, 6, Thanh Tran (5) count(s) 3, 4, Mong Cole (6) count(s) 1, 2, 11, 12, Huy Tran (7) count(s) 5, 6 ,filed. (Entered: 04/09/2004) |
| 04/06/2004 | 2 | AO 257 Information Sheet as to Dong Dang Huynh, Duc Dang Huynh, Thu Thao Thi Huynh, Nguyen The Truong, Thanh Tran, Mong Cole, Huy Tran , filed. (Entered: 04/09/2004) |
| 04/06/2004 | 6 | ORDER for Issuance of Notice of Indictment as to Thanh Tran ( Signed by Magistrate Judge Calvin Botley ), entered. (Entered: 04/09/2004) |
| 04/09/2004 | 10 | NOTICE of Setting: set Arraignment for 10:00 a.m. 4/21/04 in Courtroom 700 on the 7th Floor for Dong Dang Huynh, for Duc Dang Huynh, for Thu Thao Thi for Nguyen The Truong, for Thanh Tran, for Mong Cole, for Huy Tran before Magistrate Judge Nancy K. Johnson , Parties ntfd. (Entered: 04/09/2004) |
| 04/16/2004 | 24 | AMENDED NOTICE of Setting : set Arraignment for 10:00 4/21/04 for Dong Dang Huynh, for Thu Thao Thi Huynh, for Nguyen The Truong, for Thanh Tran, for Huy Tran before Magistrate Judge Nancy K. Johnson Remove Defts Duc Dang Huynh (2) and Mong T. Cole (6) from original setting on 4/9/04 , filed. Parties ntfd. (kworley) (Entered: 04/16/2004) |
| 04/21/2004 | 34 | Initial appearance as to Thanh Tran held before Magistrate Judge Nancy K. Johnson Ct Reporter: ERO Interpreter: yes Appearances: T.Meehan/f USA, T.Gaither/f Dft (Defendant informed of rights.) , filed. Dft appeared with counsel. Bond Continued. (ctaylor) (Entered: 04/22/2004) |
| 04/21/2004 | 35 | Arraignment held before Magistrate Judge Nancy K. Johnson Ct Reporter: ERO Interpreter: yes Appearances: T.Meehan/f USA, Gaither/f Dft Thanh Tran (5) count(s) 3, 4 , filed., Plea of Not Guilty: , Thanh Tran (5) count(s) 3, 4 . Docket control order issued w/cc to parties. Bond continued. (ctaylor) (Entered: 04/22/2004) |
| 04/21/2004 | 36 | SCHEDULING ORDER setting Motion Filing deadline on 5/11/04 for Thanh Tran ; Motion Response deadline 5/18/04 for Thanh Tran Proposed Voir Dire and Jury Charges by 5/21/04 for Thanh Tran Pretrial Conference for 11:45 5/21/04 for Thanh Tran ; Jury Trial for 1:00 6/1/04 for Thanh Tran ; before Judge Ewing Werlein, Jr ( Signed by Magistrate Judge Nancy K. Johnson ), entered. Parties ntfd. ETT: 6 weeks (ctaylor) (Entered: 04/22/2004) |
| 04/26/2004 | 47 | MOTION by USA as to Dong Dang Huynh, Duc Dang Huynh, Thu Thao Thi Huynh, Nguyen The Truong, Thanh Tran, Mong Cole, Huy Tran for early status conference , filed. (ctaylor) (Entered: 04/27/2004) |
| 04/27/2004 | 48 | JOINT MOTION by Dong Dang Huynh, Duc Dang Huynh, Thu Thao Thi Huynh, Nguyen The Truong, Thanh Tran, Mong Cole, Huy Tran for early status conference and to Join [47-1] Govt's motion for early status conference , filed. (kworley) (Entered: 04/27/2004) |
|  |  |  |

| | | |
|---|---|---|
| 05/05/2004 | 73 | Rule 40 Documents as to Dong Dang Huynh, Thu Thao Thi Huynh, Thanh Tran, Huy Tran received from Northern District of California (kworley) (Entered: 05/05/2004) |
| 05/11/2004 | 89 | MOTION by Thanh Tran to Adopt Motion filed by Co-deft Cole and join in relief requested , filed. (kworley) (Entered: 05/13/2004) |
| 05/11/2004 | 90 | MOTION with Memorandum in Support by Thanh Tran to produce exculpatory and mitigating evidence , filed. (kworley) (Entered: 05/13/2004) |
| 05/11/2004 | 91 | MOTION by Thanh Tran for Disclosure of extraneous acts , filed. (kworley) (Entered: 05/13/2004) |
| 05/11/2004 | 92 | MOTION by Thanh Tran to amend , or for leave to file new motions upon receipt of material from the Govt , filed. (kworley) (Entered: 05/13/2004) |
| 05/11/2004 | 93 | MOTION by Thanh Tran for discovery and inspection , filed. (kworley) (Entered: 05/13/2004) |
| 05/12/2004 | 94 | MOTION by USA as to Dong Dang Huynh, Duc Dang Huynh, Thu Thao Thi Huynh, Nguyen The Truong, Thanh Tran, Mong Cole, Huy Tran, USA to certify as complex case , to reissue new docket control order , filed. (kworley) (Entered: 05/13/2004) |
| 05/13/2004 | 97 | MOTION by USA as to Dong Dang Huynh, Duc Dang Huynh, Thu Thao Thi Huynh, Nguyen The Truong, Thanh Tran, Mong Cole, Huy Tran, USA for protective order , filed. (ctaylor) (Entered: 05/18/2004) |
| 05/18/2004 | 100 | RESPONSE by USA as to Thanh Tran re:Various Motions , filed. (ctaylor) (Entered: 05/19/2004) |
| 05/18/2004 | 106 | SEALED DOCUMENT as to Thanh Tran , filed. (ctaylor) (Entered: 05/19/2004) |
| 05/20/2004 | 108 | JOINT AGREED MOTION by Dong Dang Huynh, Duc Dang Huynh, Thu Thao Thi Huynh, Nguyen The Truong, Thanh Tran, Mong Cole, Huy Tran to extend time to submit proposed jury questions and jury charge , filed. (kworley) (Entered: 05/21/2004) |
| 05/20/2004 | 109 | JOINT MOTION by Dong Dang Huynh, Duc Dang Huynh, Thu Thao Thi Huynh, Nguyen The Truong, Thanh Tran, Mong Cole, Huy Tran to Join [94-1] Govt's motion to certify as complex case, [94-2] motion to reissue new docket control order , filed. (kworley) (Entered: 05/21/2004) |
| 05/21/2004 | 110 | Pre-trial conference as to Dong Dang Huynh, Duc Dang Huynh, Thu Thao Thi Huynh, Nguyen The Truong, Thanh Tran, Mong Cole, Huy Tran held before Judge Ewing Werlein, Jr; Category "T" Excludable Delay Order Entered. Status hearing set for 11:00 10/8/04 and Pretrial Conference reset to 11:00 12/10/04 for Dong Dang Huynh, for Duc Dang Huynh, for Thu Thao Thi Huynh, for Nguyen The Truong, for Thanh Tran, for Mong Cole, for Huy Tran; Jury Selection (Trial) reset to 9:00 1/10/05 for Dong Dang Huynh, for Duc Dang Huynh, for Thu Thao Thi |

|  |  |  |
|---|---|---|
|  |  | Huynh, for Nguyen The Truong, for Thanh Tran, for Mong Cole, for Huy Tran. Ct Reporter: G Dye. Interpreter: yes (Vietnamese). Appearances: T Meehan f/AUSA, R Hanes & Singleton f/Dong Dang Huynh, W Boyd f/Duc Dang Huynh, O Wallis f/Thu Thoa Thi Huynh, S Kahn f/Nguyen Te Truong, T Gaither f/Thanh Tran, C Tritico f/Mong Cole, J Riveria f/Huy Tran, filed. All parties agree that this case should be certified as complex; granting USA's [94-1] motion to certify as complex case and [94-2] motion to reissue new docket control order as to Dong Dang Huynh (1), Duc Dang Huynh (2), Thu Thao Thi Huynh (3), Nguyen The Truong (4), Thanh Tran (5), Mong Cole (6), Huy Tran (7); granting USA's [97-1] motion for protective order as to Dong Dang Huynh (1), Duc Dang Huynh (2), Thu Thao Thi Huynh (3), Nguyen The Truong (4), Thanh Tran (5), Mong Cole (6), Huy Tran (7). Status Hearing set for 11:00 10/8/04 . Bond continued on defts 1, 2, 3, 4, 5, 6 & 7. (ddarneille) (Entered: 05/24/2004) |
| 05/21/2004 | 111 | EXCLUDABLE DELAY ORDER as to defts Dong Dang Huynh, Duc Dang Huynh, Thu Thao Thi Huynh, Nguyen The Troung, Thanh Tran, Mong T Cole and Huy Tran; a period of excludable delay shall commence on 6/15/04; failure to grant a contunance would stop further proceedings or result in the miscarriage of justice, case is unusual or complex as stated in open court; the period of exludable delay shall end at commencement of trial or disposition of charges (Signed by Judge Ewing Werlein, Jr ), entered. Parties ntfd. (ddarneille) (Entered: 05/24/2004) |
| 05/21/2004 |  | Excludable Delay Worksheet XT start 6/15/04 as to Dong Dang Huynh, Duc Dang Huynh, Thu Thao Thi Huynh, Nguyen The Truong, Thanh Tran, Mong Cole, Huy Tran, filed. (ddarneille) (Entered: 05/24/2004) |
| 05/21/2004 | 112 | PROTECTIVE ORDER granting USA's [97-1] motion for protective order (Signed by Judge Ewing Werlein, Jr), entered. Parties ntfd. (ddarneille) (Entered: 05/24/2004) |
| 05/21/2004 | 113 | AMENDED DOCKET CONTROL ORDER setting Status Pretrial Conference for 11:00 10/8/04; Motion Filing deadline set for 11/1/04 for Dong Dang Huynh, for Duc Dang Huynh, for Thu Thao Thi Huynh, for Nguyen The Truong, for Thanh Tran, for Mong Cole, for Huy Tran; Motion Response deadline 11/22/04 for Dong Dang Huynh, for Duc Dang Huynh, for Thu Thao Thi Huynh, for Nguyen The Truong, for Thanh Tran, for Mong Cole, for Huy Tran; Proposed Jury Questions and Jury Charge by Pretrial Conference set for 11:00 12/10/04 for Dong Dang Huynh, for Duc Dang Huynh, for Thu Thao Thi Huynh, for Nguyen The Truong, for Thanh Tran, for Mong Cole, for Huy Tran. Defts must be present; Jury Trial set for 9:00 1/10/05 for Dong Dang Huynh, for Duc Dang Huynh, for Thu Thao Thi Huynh, for Nguyen The Truong, for Thanh Tran, for Mong Cole, for Huy Tran before Judge Ewing Werlein, Jr (Signed by Judge Ewing Werlein, Jr), entered. Parties ntfd. (ddarneille) (Entered: 05/24/2004) |
| 05/21/2004 |  | Complex case. (ckrus) (Entered: 05/25/2004) |

| | | |
|---|---|---|
| 10/07/2004 | 128 | UNOPPOSED MOTION to revise and extend docket control order by Duc Dang Huynh, Mong Cole, Dong Dang Huynh, Thanh Tran, Nguyen The Truong, Thu Thao Thi Huynh, Huy Tran, filed. (ctaylor, ) (Entered: 10/12/2004) |
| 10/08/2004 | 130 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr :PRETRIAL CONFERENCE as to Duc Dang Huynh, Mong Cole, Dong Dang Huynh, Thanh Tran, Nguyen The Truong, Thu Thao Thi Huynh, Huy Tran held on 10/8/2004 Appearances: R Trent Gaither, Stephen R Kahn, Richard B Mazer, Thomas I Meehan, Jr, James Rivera, Christopher L Tritico, Olney Gray Wallis.(Court Reporter: Metzger) (Interpreter:yes) , filed.(ckrus, ) (Entered: 10/18/2004) |
| 10/08/2004 | | Set/Reset Hearings as to Duc Dang Huynh, Mong Cole, Dong Dang Huynh, Thanh Tran, Nguyen The Truong, Thu Thao Thi Huynh, Huy Tran: Jury Trial set for 3/7/2005 at 09:30 AM before Judge Ewing Werlein, Jr Pretrial Conference set for 2/18/2005 at 11:45 AM before Judge Ewing Werlein, Jr Status Conference set for 1/7/2005 at 11:30 AM before Judge Ewing Werlein, Jr (ckrus, ) (Entered: 10/18/2004) |
| 01/03/2005 | 137 | Receipt for Surrender of Passport as to Thanh Tran , filed. (ddarneille, ) (Entered: 01/05/2005) |
| 01/07/2005 | 139 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr :PRETRIAL CONFERENCE AND/OR HEARING ON MOTIONS as to Duc Dang Huynh, Mong Cole, Dong Dang Huynh, Thanh Tran, Nguyen The Truong, Thu Thao Thi Huynh, Huy Tran held on 1/7/2005, all hearings remain set (FPTC 2/18/05, Trial 3/7/05). Appearances:Joe Magliolo. Walter A Boyd, III, R Trent Gaither, Richard Haynes, Stephen R Kahn, James Rivera, Christopher L Tritico, Olney Gray Wallis.(Court Reporter: G. Dye) Bond continued on all defendants, filed.(fwilliams) (Entered: 01/10/2005) |
| 01/24/2005 | 140 | JOINT UNOPPOSED MOTION for Extension of Time to File Motions Deadline by Thanh Tran as to Duc Dang Huynh, Mong Cole, Dong Dang Huynh, Thanh Tran, Nguyen The Truong, Thu Thao Thi Huynh, Huy Tran, filed. (ctaylor, ) Modified on 1/26/2005 (ctaylor, ). (Entered: 01/26/2005) |
| 01/27/2005 | 141 | ORDER granting 140 Motion for Extension of Time to File to file Pretrial Motions to February 7, 2005 (Signed by Judge Ewing Werlein, Jr.) Parties notified.(abonnaffons, ) (Entered: 01/27/2005) |
| 02/04/2005 | 142 | NOTICE OF SETTING as to Duc Dang Huynh, Mong Cole, Dong Dang Huynh, Thanh Tran, Nguyen The Truong, Thu Thao Thi Huynh, Huy Tran. Pretrial Conference set for 2/18/2005 at 11:45 AM in Courtroom 9D before Judge Ewing Werlein, Jr, filed. (abonnaffons, ) (Entered: 02/04/2005) |
| 02/07/2005 | 143 | AGREED & UNOPPOSED MOTION to Amend the Docket Control Order, MOTION to Continue Trial by Duc Dang Huynh as to Duc Dang Huynh, Mong Cole, Dong Dang Huynh, Thanh Tran, Nguyen The Truong, Thu Thao Thi Huynh, Huy Tran, filed. (lgonzales, ) (Entered: |

| | | |
|---|---|---|
| | | 02/09/2005) |
| 02/11/2005 | 144 | ORDER CONTINUING TRIAL AND FOR AMENDED DOCKET CONTROL ORDER as to Duc Dang Huynh, Mong Cole, Dong Dang Huynh, Thanh Tran, Nguyen The Truong, Thu Thao Thi Huynh, Huy Tran, GRANTED Agreed and Unopposed Motion of Defendant Duc Dang Huyah for Continuance and for Amended Docket Control Order 143 Jury Trial set for 6/6/2005 at 09:30 AM in Courtroom 9D before Judge Ewing Werlein, Jr Final Pretrial Conference set for 5/13/2005 at 11:00 AM in Courtroom 9D before Judge Ewing Werlein, Jr( Signed by Judge Ewing Werlein, Jr ). Parties notified. (fwilliams) (Entered: 02/14/2005) |
| 05/09/2005 | 147 | SUPERSEDING INDICTMENT as to Duc Dang Huynh (2) count(s) 1s, 2s-14s, Thu Thao Thi Huynh (3) count(s) 1s, 2s-14s, Nguyen The Truong (4) count(s) 1s, 2s-14s, Thanh Tran (5) count(s) 1s, 2s-14s, Mong Cole (6) count(s) 1s, 2s-14s, filed. (jmarchand, ) (Entered: 05/10/2005) |
| 05/09/2005 | 151 | AO 257 Information Sheet as to Thanh Tran, filed.(jmarchand, ) (Entered: 05/10/2005) |
| 05/09/2005 | 153 | US Attys Criminal Docket Sheet as to Duc Dang Huynh, Thu Thao Thi Huynh, Nguyen The Truong, Thanh Tran and Mong T. Cole aka Trinh, filed.(jmarchand, ) (Entered: 05/10/2005) |
| 05/09/2005 | 157 | ORDER for Issuance of Notice of Indictment as to Thanh Tran ( Signed by Judge Mary Milloy ). Parties notified. (jmarchand, ) (Entered: 05/10/2005) |
| 05/10/2005 | 162 | NOTICE OF SETTING as to Thanh Tran. - regarding 157 Order for Issuance. Initial Appearance set for 5/24/2005 at 10:00 AM in Courtroom 703 before Magistrate Judge Calvin Botley, filed.(jmarchand, ) (Entered: 05/10/2005) |
| 05/10/2005 | 164 | AMENDED - NOTICE OF SETTING as to Duc Dang Huynh, Mong Cole, Thanh Tran, Nguyen The Truong, Thu Thao Thi Huynh. - regarding [154] Order for Issuance, [155] Order for Issuance, [158] Order for Issuance, 157 Order for Issuance, [156] Order for Issuance. Initial Appearance set for 5/13/2005 at 10:00 AM in Courtroom 701 before Magistrate Judge Mary Milloy, filed.(jmarchand, ) Additional attachment (s) added on 5/11/2005 (ncavazos, ). Modified on 5/11/2005 (ncavazos, ). (Entered: 05/10/2005) |
| 05/13/2005 | 165 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr :PRETRIAL CONFERENCE as to Duc Dang Huynh, Mong Cole, Dong Dang Huynh, Thanh Tran, Nguyen The Truong, Thu Thao Thi Huynh, Huy Tran held on 5/13/2005 Appearances: Joseph C Magliolo, Jr, Walter A Boyd, III, R Trent Gaither, Richard Haynes, Stephen R Kahn, James Rivera, Christopher L Tritico, Olney Gray Wallis, Houston Interpreter.(Court Reporter: S Carlisle) Govt announces case may be resolved as to some of the defts; to advise the Court within 10 days as to status of any resolutions. If case proceeds to trial, ETT is 2 weeks. Defts continued on bond, filed.(djustice, ) (Entered: 05/13/2005) |

| | | |
|---|---|---|
| 05/13/2005 | 166 | Minute Entry for proceedings held before Judge Mary Milloy :ARRAIGNMENT as to Duc Dang Huynh (2) Count 1s,2s-14s and Mong Cole (6) Count 1s,2s-14s and Thanh Tran (5) Count 1s,2s-14s and Nguyen The Truong (4) Count 1s,2s-14s and Thu Thao Thi Huynh (3) Count 1s,2s-14s held on 5/13/2005. Not Guilty on All. Appearances: Walter A Boyd, III, R Trent Gaither, Stephen R Kahn, Thomas I Meehan, Jr, Christopher L Tritico, Olney Gray Wallis.(ERO:yes) (Interpreter:yes) Deft continued on Bond, filed.(ctaylor, ) (Entered: 05/17/2005) |
| 06/03/2005 | 173 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr :PRETRIAL CONFERENCE as to Mong Cole, Thanh Tran, Thu Thao Thi Huynh held on 6/3/2005 Appearances:Joe Magiolio for Thomas Meehan. R Trent Gaither, Christopher L Tritico, Olney Gray Wallis. (Court Reporter: Slavin) (Interpreter:Yes - Vietnamese) Deft remanded to Bond Continued Deft continued on Rearraignment will be set, filed. (jmarchand, ) (Entered: 06/03/2005) |
| 06/03/2005 | | Set/Reset Hearings as to Mong Cole, Thanh Tran, Thu Thao Thi Huynh: Jury Trial set for 6/13/2005 at 09:30 AM in Courtroom 9D before Judge Ewing Werlein, Jr (jmarchand, ) (Entered: 06/03/2005) |
| 06/07/2005 | 174 | NOTICE OF SETTING as to Mong Cole, Thanh Tran, Thu Thao Thi Huynh.. Re-Arraignment set for 6/9/2005 at 05:00 PM in Courtroom 9D before Judge Ewing Werlein, Jr, filed.(abonnaffons, ) (Entered: 06/07/2005) |
| 06/09/2005 | 179 | WAIVER OF INDICTMENT by Thanh Tran, filed.(ctaylor, ) (Entered: 06/10/2005) |
| 06/09/2005 | 180 | INFORMATION as to Thanh Tran (5) count(s) 1ss, filed. (ctaylor, ) (Entered: 06/10/2005) |
| 06/09/2005 | 181 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr :RE-ARRAIGNMENT held on 6/9/2005. Thanh Tran (5) Guilty Count 1ss. Appearances: R Trent Gaither, Thomas I Meehan, Jr.(Court Reporter: B.Slavin) (Interpreter:yes) Deft continued on Bond, filed.(ctaylor, ) (Entered: 06/10/2005) |
| 06/09/2005 | 182 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Thanh Tran. PSI Completion due by 7/24/2005. Objection to PSI due by 8/7/2005 Final PSI due by 8/21/2005 Sentencing set for 10/21/2005 at 10:15 AM before Judge Ewing Werlein, Jr( Signed by Judge Ewing Werlein, Jr ). Parties notified. (ctaylor, ) (Entered: 06/10/2005) |
| 06/21/2005 | 185 | LETTER as to Thanh Tran re: to correct the following Mr. Tran actually completed high school and attended the Nong Lam Sue Agriculture College at Than Noi-Hue city-Vietnam for three years, earning an A.S. degree. , filed. (mlerma, ) (Entered: 06/23/2005) |
| 07/29/2005 | 189 | REQUEST FROM PROBATION to extend the DISCLOSURE DATE as to Duc Dang Huynh, Mong Cole, Thanh Tran, Nguyen The Truong, Thu Thao Thi Huynhuntil August 25, 2005.(abonnaffons, ) (Entered: |

| | | |
|---|---|---|
| | | 07/29/2005) |
| 09/15/2005 | 191 | TRANSCRIPT filed in case as to Thanh Tran Rearraignment held on 6/9/05 before Judge Ewing Werlein. Court Reporter: Bruce Slavin , filed. (bgoolsby, ) (Entered: 09/15/2005) |
| 10/03/2005 | 200 | Joint MOTION to Continue Sentencing *schedule* by Mong Cole as to Mong Cole, Thanh Tran, Thu Thao Thi Huynh, filed. (Tritico, Christopher) (Entered: 10/03/2005) |
| 10/05/2005 | 204 | Resetting ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Thanh Tran. PSI Completion due by 10/15/2005. Objection to PSI due by 11/1/2005 Final PSI due by 11/15/2005 Sentencing set for 12/9/2005 at 10:30 AM in Courtroom 9D before Judge Ewing Werlein, Jr.( Signed by Judge Ewing Werlein, Jr ). Parties notified. (abonnaffons, ) (Entered: 10/06/2005) |
| 10/17/2005 | 206 | MAIL RETURNED UNDELIVERABLE re:204 sent to Joseph C Magliolo, Jr as to Thanh Tran , filed. Order was placed in AUSA box 10/17/05. (rkonieczny, ) Additional attachment(s) added on 10/17/2005 (rkonieczny, ). (Entered: 10/17/2005) |
| 10/31/2005 | 210 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Thanh Tran, filed.(ghassan, ) (Entered: 11/02/2005) |
| 11/22/2005 | 213 | Joint MOTION to Continue sentincing by Mong Cole as to Mong Cole, Thanh Tran, Thu Thao Thi Huynh, filed. (Tritico, Christopher) (Entered: 11/22/2005) |
| 11/22/2005 | 214 | ORDER mooting 200 Motion to Continue as to Thu Thao Thi Huynh (3), Thanh Tran (5), Mong Cole (6); granting 213 Motion to Continue as to Mong Cole, Sentencing reset to 2/17/2006 at 10:30 a.m. (6); denying 213 Motion to Continue as to Thu Thao Thi Huynh (3), Thanh Tran (5). (Signed by Judge Ewing Werlein, Jr.) Parties notified.(fwilliams) (Entered: 11/23/2005) |
| 12/02/2005 | 226 | Statement of No Objections to PSI by USA as to Thanh Tran, filed. (ctaylor, ) (Entered: 12/06/2005) |
| 12/05/2005 | 223 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Thanh Tran , filed. (jteeter, ) (Entered: 12/05/2005) |
| 12/05/2005 | 224 | CONFIDENTIAL SENTENCING REC0MMENDATION (Sealed) regarding Thanh Tran , filed. (jteeter, ) (Entered: 12/05/2005) |
| 12/05/2005 | 225 | SEALED ADDENDUM to [223] Final Presentence Investigation Report as to Thanh Tran , filed. (jteeter, ) (Entered: 12/05/2005) |
| 12/05/2005 | 229 | Memorandum Of Law In Support Of Thanh Tran's Request For Relief Pursuant To USSG 2s1.3 (B)(3) as to Thanh Tran, filed.(ypippin, ) (Entered: 12/07/2005) |
| 12/05/2005 | 230 | SENTENCING MEMORANDUM by Thanh Tran, filed.(sguevara, ) (Entered: 12/07/2005) |
| | | |

| | | |
|---|---|---|
| 12/07/2005 | 241 | RESPONSE by Thanh Tran re [225] Sealed Addendum , filed.(ypippin, ) (Entered: 12/12/2005) |
| 12/09/2005 | 232 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr :Sentencing held on 12/9/2005 for Thanh Tran (5), Count(s) 1s, 5 yrs Probation with 6 months house arrest; $100 SA; $2,000 FINE. Appearances: R Trent Gaither, Joseph C Magliolo, Jr.(Court Reporter: Simon) (Interpreter:yes) , filed.(abonnaffons, ) (Entered: 12/09/2005) |
| 12/09/2005 | 234 | NOTICE OF RIGHT TO APPEAL as to Thanh Tran ( Signed by Judge Ewing Werlein, Jr ). Parties notified. (abonnaffons, ) (Entered: 12/09/2005) |
| 12/09/2005 | 238 | MOTION to Dismiss Count(s) Counts 5 and 14by USA as to Thanh Tran, filed. (ncavazos, ) (Entered: 12/09/2005) |
| 12/09/2005 | 239 | MOTION for decrease of offense level by USA as to Thanh Tran, filed. (ncavazos, ) (Entered: 12/09/2005) |
| 12/09/2005 | 240 | ORDER granted 239 MOTION for decrease of offense level as to Thanh Tran ( Signed by Judge Ewing Werlein, Jr ). Parties notified. (ncavazos, ) (Entered: 12/09/2005) |
| 12/19/2005 | 244 | JUDGMENT as to Thanh Tran ( Signed by Judge Ewing Werlein, Jr ). Parties notified. (ctaylor, ) (Entered: 12/20/2005) |
| 12/19/2005 | 245 | STATEMENT OF REASONS (Sealed) as to Thanh Tran , filed. (ctaylor, ) (Entered: 12/20/2005) |
| 02/14/2006 | 261 | MOTION to Return Passport and Immigration Documents by Thanh Tran, filed. (Attachments: # 1 Proposed Order)(espencer, ) (Entered: 02/15/2006) |
| 02/17/2006 | 264 | ORDER granting 261 Motion to Return Passport as to Thanh Tran (5). (Signed by Judge Ewing Werlein, Jr.) Parties notified.(abonnaffons, ) (Entered: 02/21/2006) |
| 05/12/2006 | 281 | Receipt for Withdrawal of Passport as to Thanh Tran , filed. (csonnier, ) (Entered: 05/17/2006) |
| 10/02/2006 | 286 | MOTION to Exonerate Bond and Release Property Held as Collateral by Thanh Tran, filed. (Attachments: # 1 Proposed Order)(sbyrum, ) (Entered: 10/03/2006) |
| 10/26/2006 | 287 | RESPONSE to Motion by USA as to Thanh Tran re 286 MOTION Exonerate Bond and Release Property Held as Collateral , filed. (ypippin, ) (Entered: 10/30/2006) |
| 11/01/2006 | 288 | ORDER granting 286 Motion to Exonerate Bond and Release Property Lien as to Thanh Tran (5).(Signed by Judge Ewing Werlein, Jr.) Parties notified.(mmar, ) (Entered: 11/03/2006) |
| 11/01/2006 | | Copy of Order No. 288 sent via US mail per request to Northern District of California, Finance Dept as to Thanh Tran: , filed. (mmar, ) (Entered: 11/03/2006) |

| 01/03/2008 | 299 | Probation Jurisdiction Transferred to Northern District of California, Oakland Division as to Thanh Tran.(kcarr, ) (Entered: 01/07/2008) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/11/2008 14:18:22 | | | |
| **PACER Login:** | us4077 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:04-cr-00144 |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |